**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA (Miami)**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Case No.: 19-18606-AJC |
| YONLESDY BORGES, | |
|                 Debtor. | Chapter 7 |
| _____/ | |
| | |
| DADE COUNTY FEDERAL CREDIT UNION, | |
| | Adv. Pro. No.: 20-01084-AJC |
|                 Plaintiff, | |
| vs. | |
| YONLESDY BORGES, | |
|                 Defendant. | |
| _____/ | |

**NOTICE OF FILING TRANSCRIPT OF 341 MEETING OF CREDITORS**

Plaintiff, DADE COUNTY FEDERAL CREDIT UNION, by and through the undersigned counsel, hereby gives notice of filing of the attached transcript of the Section 341 Meeting of Creditors before Ross R. Hartog, one of the trustees in the United States Bankruptcy Court, in and for the Southern District of Florida, at 51 SW 1st Ave., Miami, Miami-Dade County, Florida, which meeting was conducted at or about 11:00 A.M. on July 31, 2019 in the above-referenced Chapter 7 Bankruptcy (*In re: Yonlesdy Borges*; Case No.: 19-18606-AJC).

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted,

/s/ David R. Castellucci
DAVID R. CASTELLUCCI, ESQ.
FBN: 116144
Sapurstein & Bloch, P.A.
*Attorneys for Dade County Federal Credit Union*
9700 South Dixie Highway, Suite 1000
Miami, FL 33156
Telephone: (305) 670-9500
Primary: dcastellucci@sblawfirmfl.com
Secondary: general@sblawfirmfl.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by electronic means via CM/ECF and/or U.S. Mail on this 28th day of February 2020, to the interested parties listed below.

/s/ David R. Castellucci
DAVID R. CASTELLUCCI, ESQ.

**SERVICE LIST:**

**Yonlesdy Borges**, *Debtor*,
    22680 SW 108 Place, Miami, FL 33170
**Timothy S. Kingcade, Esq.,** *Attorney for Debtor*,
    scanner@miamibankruptcy.com,
**Ross R. Hartog**, *Trustee*,
    P.O. Box 14306, Fort Lauderdale, FL 33301
**Office of the U.S. Trustee**, *U.S. Trustee*,
    51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

N:\DOC\DADE COUNTY FED. C.U\728-VS. BORGES, YONLESDY CHAPTER 7 BANKRUPTCY 7\Adversary Proceeding\728 - Notice of Filing Transcript of 341 Meeting of Creditors.wpd

SAPURSTEIN & BLOCH, P.A.
9700 SOUTH DIXIE HIGHWAY, SUITE 1000, MIAMI, FLORIDA 33156

### Page 1

```
          UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF FLORIDA


   IN RE:          CASE NO. 19-18606-AJC

   YONLESDY BORGES,

              Debtor.
   _____/

            341 MEETING OF CREDITORS
                 July 31, 2019
      The above-entitled cause came on for a Section
   341 Meeting of Creditors before ROSS R. HARTOG, one of the
   trustees in the UNITED STATES BANKRUPTCY COURT, in and for
   the SOUTHERN DISTRICT OF FLORIDA, at 51 SW 1st Ave.,
   Miami, Miami-Dade County, Florida on July 31, 2019,
   commencing at or about 11:00 a.m., and the following
   proceedings were had.




      Transcribed from a digital recording by:
         Cheryl L. Jenkins, RPR, RMR
```

### Page 2

```
      APPEARANCES:

   ROSS R. HARTOG, Trustee

   KINGCADE & GARCIA, by
      TIMOTHY S. KINGCADE, Esquire
      On behalf of the Debtor

   SAPURSTEIN & BLOCH, by
      DAVID CASTELLUCCI, Esquire
      On behalf of Dade County Federal Credit Union

      ALSO PRESENT

   OSWALLDO SIERRA, Interrupter

            - - - - - - -

      WITNESS
   Yonlesdy Borges                  Page
      Examination by Mr. Hartog        3,16
      Examination by Mr. Castellucci   13
```

### Page 3

1  MR. HARTOG: 19-18606, Yonlesdy Borges,
2  Borges.
3      You can just make your appearance on the
4  record.
5      All right. Mr. Sierra, please raise your
6  right hand.
7      Do you swear that you'll translated from
8  English to Spanish and from Spanish to English to the best
9  of your ability?
10     MR. SIERRA: Yes, I do.
11     (Thereupon, Mr. Sierra was duly sworn.)
12     MR. HARTOG: Sir, please raise your right
13 hand.
14     Do you swear the testimony you're about to
15 give will be the truth, the whole truth, and nothing but
16 the truth?
17     MR. BORGES: Yes.
18 Thereupon,
19     YONLESDY BORGES,
20 having been first duly sworn, was examined and testified
21 as follows:
22         EXAMINATION
23 BY MR. HARTOG:
24     Q.  Please state your name.
25     A.  Yonlesdy Borges.

### Page 4

1      Q.  Can you speak a little louder for me,
2  please, sir?
3      A.  Yonlesdy Borges.
4      Q.  And the address on 108th Place, that's on
5  your driver's license and bankruptcy petition, is that
6  your current address?
7      A.  Yes.
8      MR. HARTOG: All right. I have verified the
9  identification of the debtor.
10     Debtor's counsel, make an appearance,
11 please.
12     MR. KINGCADE: Timothy S. Kingcade on behalf
13 of Borges.
14     MR. HARTOG: And we have some other visitors
15 here today. Make an appearance.
16     MR. CASTELLUCCI: David Castellucci on
17 behalf of Dade County Federal Credit Union.
18     MS. SERPO: And Louise Serpo (phonetic) with
19 Dade County Federal Credit Union.
20     MR. HARTOG: Okay.
21 BY MR. HARTOG:
22     Q.  All right. So, are the bankruptcy documents
23 you filed with the Bankruptcy Court true and accurate to
24 the best of your knowledge?
25     A.  Yes.

1 (Pages 1 to 4)

Page 5

1   Q.  Did you list all of your assets and all of
2  your liabilities?
3   A.  Yes.
4   Q.  Again, I need you to speak much louder, sir,
5  all right?  This is being recorded, and we need to be able
6  to hear your voice.
7       Are there any changes you need to make to
8  any of your documents?
9   A.  No.
10  Q.  Thank you.
11      Did you read and sign the documents before
12 they were filed with the Court?
13  A.  Yes.
14  Q.  Have you filed bankruptcy before?
15  A.  No.
16  Q.  Are you married, divorced or single?
17  A.  Married.
18  Q.  Do you owe or pay anyone alimony or child
19 support?
20  A.  No.
21  Q.  Have you provided my office with a true and
22 correct copy of your 2018 income tax return?
23  A.  Yes.
24  Q.  All right.  In the last five years have you
25 owned, purchased or sold any real estate?

Page 6

1   A.  No.
2   Q.  And are you still driving the Toyota Sienna?
3   A.  Yes.
4   Q.  And you're making your payments on the
5  Toyota?
6   A.  Yes.
7   Q.  All right.  So tell me about the two
8  Maseratis, were they -- did you purchase them for your own
9  use, or somebody else's use?
10  A.  For someone else, other people.
11  Q.  All right.  So the 2017 Maserati Levante,
12 all right, when did you purchase that vehicle?
13  A.  I think it was in November of last year,
14 yes.
15  Q.  November of 2018?
16  A.  Yes.
17  Q.  Okay.  Did you put the money down?
18  A.  No, I did not.  The young man was the one
19 who put the down payment.
20  Q.  Jose Rodriguez?
21  A.  Jose Rodriguez, yes.
22  Q.  Okay, and who is he?
23  A.  I used to have before, I'm a barber, and he
24 needed that, so I lent him my credit for that purpose.
25  Q.  Okay.  Did you ever make any payments

Page 7

1  towards the 2017 Maserati?
2   A.  No, he was the one who was in charge of all
3  that.
4   Q.  Did you ever drive it?
5   A.  No, never.
6   Q.  And he has it now?
7   A.  Yes.
8   Q.  All right.  Do you know his address, or his
9  contact information?
10  A.  The only thing I have is his phone number.
11 I've been calling him.  I have not been able to get in
12 touch with him.  He has not called me back.  So maybe he
13 went to Cuba.
14  Q.  Okay.  Can you provide me his phone number
15 right now?
16  A.  Yes.
17      MR. HARTOG:  He can put it on the record,
18 it's all right.
19      THE CLERK:  Oh, okay.
20      MR. KINGCADE:  I'll read it out.
21      MR. HARTOG:  That's okay.  If he's going to
22 write it down, it's fine.
23      MR. KINGCADE:  Okay.  Well, I'll read it to
24 everybody, 1-904-451-4756.  There doesn't appear to be any
25 other information in the contact.

Page 8

1       MR. HARTOG:  Okay.
2       MR. KINGCADE:  I'll write it down.
3  BY MR. HARTOG:
4   Q.  Do you think he's -- he's from Cuba, sir?
5   A.  Yes, he's from Cuba.  Excuse me, yes.
6   Q.  All right.  So you showed up to the
7  dealership with him the day that he purchased the car, and
8  you've never seen him or the car since?
9   A.  Originally he would go to the barbershop to
10 get it cut, but after a while I've not seen him again.
11  Q.  And this is the same gentleman that you
12 helped buy the 2016 Maserati Ghibli?
13  A.  Yes, he bought both.
14  Q.  Did he buy them both at the same time?
15  A.  No, I think he bought one first, and then he
16 bought the other one, I believe it was in the same month.
17 It was for him and his wife, I believe.
18  Q.  All right.  Do you have any of the paperwork
19 concerning the purchase of the vehicles?
20  A.  No, I have nothing like that.
21  Q.  Okay.  What dealer did he purchase these
22 from?
23  A.  I think it was Ocean Mazda.
24  Q.  Ocean Mazda?
25  A.  Ocean Mazda.

2 (Pages 5 to 8)

Page 9

1  Q. Do you remember where it's located, like,
2 where you went?
3  A. I think it's around Dadeland Mall, I
4 believe.
5  Q. And both the cars were purchased from the
6 same place?
7  A. Yes, yes.
8  Q. All right, and the explanation for the 2016
9 Maserati is the same, he wanted to buy the car, he used
10 your credit, but you never made any payments on it, you
11 didn't put any money down, you never drove it, is that
12 correct?
13  A. Yes, I did not provide any down payment.
14   (Inaudible conversation while the
15 interpreter was translating.)
16   MR. HARTOG: I mean, it's clearly the
17 refund, but I don't know how (inaudible) --
18 BY MR. HARTOG:
19  Q. All right. So other than the Toyota and the
20 two Maseratis, have you -- and I understand that it was
21 purchased, you know, with Mr. Rodriguez, but other than
22 those three vehicles, have you owned, purchased, or sold
23 any vehicles in the last five years?
24  A. No.
25  Q. All right. So, on your bankruptcy paperwork

Page 10

1 one of the questions it asks is how much -- or what kind
2 of jewelry you have.
3  A. Yes.
4  Q. All right, and you list $20 worth of
5 jewelry.
6  A. Yes, just a watch.
7  Q. But you owe Mayor's Jewelers $11,000. So
8 what did you purchase there?
9  A. That was a watch I bought at the beginning,
10 yes.
11  Q. And what happened to the watch?
12  A. I sold it because I felt (inaudible) my
13 daughter suffers from depression, so I lost my job, and I
14 had to dedicate some of my time for my daughter, and my
15 wife lost her job herself, and it went downhill.
16  Q. Yeah, but what happened to the watch?
17  A. I sold it.
18  Q. When did you sell it?
19  A. My daughter started falling, I think it was
20 October, maybe October or December.
21  Q. Of last year?
22  A. Yes.
23  Q. Who did you sell it to?
24  A. To a person that used to go to the
25 barbershop.

Page 11

1  Q. What's the person's name?
2  A. Well, just a normal client. This is not a
3 client of mine necessarily, he's just a person that used
4 to go to the barbershop.
5  Q. I understand. That wasn't my question. My
6 question was what was this person's name?
7  A. Well, he went there on a normal basis. I
8 told him, and so that he would go to the barbershop --
9  Q. Again for the second time, that's not the
10 question I asked.
11   I asked you what this person's name is.
12  A. I don't know his name. That was in December
13 of last year.
14  Q. Could you find out his name?
15  A. Yes, of course, I (inaudible) --
16  Q. All right. I'm going to put it on the list,
17 I need the name and contact information of the person you
18 sold the watch to.
19   How much did he pay you?
20  A. I sold it to him for about $5,000.
21  Q. Okay. What did you do with the money?
22  A. I spent it.
23  Q. On what?
24  A. I had not been working.
25  Q. Are you working?

Page 12

1  A. Yes, I'm working now.
2  Q. Were you working in December of last year
3 when you sold the watch?
4  A. There were a few days where I worked in
5 December. I worked very little at that time.
6  Q. And what did you purchase at El Dorado
7 Furniture?
8  A. I bought, it was some beds, mattresses.
9  Q. When did you do that?
10  A. I don't recall.
11  Q. Earlier this year?
12  A. Actually I think it was January of this
13 year.
14  Q. And what about Brandsmart, what did you
15 purchase there, a t.v., computer, refrigerator, what kind
16 of things did you buy?
17  A. Some earphones, an Apple computer, phone for
18 my daughter, two photographic cameras.
19  Q. So you work as a barber?
20  A. Yes.
21  Q. Do you rent a chair at a particular
22 barbershop, or do you work on your own? Do you just go to
23 people's houses? How does it work?
24  A. I use a chair at the barbershop, but the
25 barbershop is not mine.

3 (Pages 9 to 12)

Page 13

1  Q. I understand, but what barbershop is it?
2  A. (Inaudible) Barbershop.
3  Q. Where is it located, the address, please?
4  A. 2072 Southwest 237th Street.
5      MR. HARTOG: (Cough.) Excuse me, sorry.
6      I have no further questions at the moment.
7      Counsel, do you have any questions?
8      MR. CASTELLUCCI: Yes, sir, I have a few
9  quick questions regarding the 2017 Maserati, and the loan
10 you had taken from Dade County Federal Credit Union. A
11 few of the questions were obviously already answered at
12 this meeting.
13             EXAMINATION
14 BY MR. CASTELLUCCI:
15 Q. Sir, when you took out the vehicle loan from
16 Ocean Mazda, your credit application indicated that you're
17 employed as president of YonyBC Corp. -- YonyBC Corp., and
18 your income was $10,000 a month, and that you're also the
19 barber, of course. Was this information accurate at the
20 time of the credit application?
21 A. They were the ones who filed out the
22 paperwork. I just went there with him. I presented my
23 credit, and the paperwork was done at the dealership.
24 Q. The Secretary of State indicates that in
25 February of 2019 YonyBC Corp. was dissolved, voluntarily

Page 14

1  dissolved.
2  A. I closed it because I had no -- I opened up
3  that corporation because I opened up a barbershop. Like I
4  said before, because of problems it went downhill.
5  Q. On your bankruptcy petition you indicate
6  that your income is $2,333, plus an additional 460 in food
7  stamps. Is that accurate?
8  A. Yes, right now, yes.
9  Q. Do you have any evidence to support the
10 income listed on your credit application with Ocean Mazda
11 when the vehicle was taken out? I heard that you had
12 filed a 2018 tax return.
13 A. No, like I said before, I did not do the
14 paperwork. The paperwork was done at the dealership.
15 Q. Did you make any payments on the vehicle, or
16 attempt to make any payments on the vehicle to Dade County
17 Federal Credit Union?
18     MR. KINGCADE: I'll just say it's asked and
19 answered.
20     THE WITNESS: No, it was him, I just left
21 the dealership and that was it.
22 BY MR. CASTELLUCCI:
23 Q. According to the credit union's records
24 there were three checks that you had called in and
25 authorized debits from three different bank accounts, one

Page 15

1  check in the amount of $6,000.
2  A. It was not me, no.
3  Q. May I show you the checks? They're listed
4  with your name on them.
5  A. A check?
6  Q. Yes, sir. One, which was issued on --
7      MR. KINGCADE: Are these three different
8  checks?
9      MR. CASTELLUCCI: Yes, sir.
10 BY MR. CASTELLUCCI:
11 Q. The first check --
12     MR. KINGCADE: Hold on.
13     MR. CASTELLUCCI: Yes, sir.
14     THE WITNESS: I have no bank account with
15 that bank. My bank is not that one.
16 BY MR. CASTELLUCCI:
17 Q. Well, there is three different checks from
18 three different banks.
19 A. Again, I only have one bank account, only
20 one bank.
21 Q. All three of these checks were returned from
22 the payment -- from the maker -- I mean from the payee
23 banks, the drawee bank's. One explanation was a warranty
24 breach, another was for "refer to maker", and the third
25 was flagged as altered, fictitious.

Page 16

1  A. Again, as I said before, I don't know about
2  that, I did not make these payments myself.
3  Q. You don't know much about those.
4  A. And less even with those banks. I don't
5  know what those banks are.
6  Q. And you had already answered that the
7  vehicle was taken out for someone else,
8  Mr. Jose Rodriguez?
9  A. Yes.
10 Q. And I was going to ask again where is
11 Mr. Jose Rodriguez. I understand you already answered.
12 A. Yes.
13     MR. CASTELLUCCI: Those are the only
14 questions I have, sir, at the moment.
15             EXAMINATION
16 BY MR. HARTOG:
17 Q. All right. Sir, did you read the bankruptcy
18 information sheet?
19 A. (No verbal response.)
20     MR. HARTOG: I need some information from
21 you, so I'm going to continue the meeting to August 28th
22 at 8:30 a.m. If you provide the information on this list,
23 you don't need to come back.
24     MR. KINGCADE: I'll review it with him, and
25 I'll confirm with you whether he needs to appear, all

4 (Pages 13 to 16)

OUELLETTE & MAULDIN COURT REPORTERS, INC.
(305) 358-8875

```
                                                    Page 17
 1   right?
 2          MR. HARTOG:  Yeah, we'll let you know.  If
 3   we get the information we'll just --
 4          MR. KINGCADE:  Conclude.
 5          MR. HARTOG:  Yeah, we'll confirm.
 6          MR. KINGCADE:  Okay.  Thank you.
 7
 8
 9          (Thereupon, the 341 Meeting of Creditors was
10   adjourned.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    Page 18
 1
 2               CERTIFICATION
 3
 4   STATE OF FLORIDA    :
 5   COUNTY OF MIAMI-DADE :
 6
 7          I, Cheryl L. Jenkins, RPR, RMR, Shorthand
 8   Reporter and Notary Public in and for the State of Florida
 9   at Large, do hereby certify that the foregoing Section 341
10   Meeting of Creditors was transcribed by me from a digital
11   recording made on the date and at the place as stated in
12   the caption hereto on page 1; that the foregoing
13   computer-aided transcription is a true record to the best
14   of my ability of said proceedings.
15          WITNESS my hand this 28th day of
16   August, 2019.
17
18
19          _____
20          CHERYL L. JENKINS, RPR, RMR
21          Court Reporter and Notary Public
            in and for the State of Florida at Large
22             Commission #GG 138863
                December 27, 2021
23
24
25
```

5 (Pages 17 to 18)